**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*if known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |

1. **Your full name**

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

**About Debtor 1:**

BARRY
First name

B
Middle name

ESKANOS
Last name

JD, MPA
Suffix (Sr., Jr., II, III)

**About Debtor 2 (Spouse Only in a Joint Case):**

_____
First name

_____
Middle name

_____
Last name

_____
Suffix (Sr., Jr., II, III)

2. **All other names you have used in the last 8 years**

Include your married or maiden names.

First name
Middle name
Last name

First name
Middle name
Last name

First name
Middle name
Last name

First name
Middle name
Last name

3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – <u>4  0  5  0</u>

OR

9 xx – xx – ___ ___ ___ ___

xxx – xx – ___ ___ ___ ___

OR

9 xx – xx – ___ ___ ___ ___

Debtor 1    **BARRY**    **B**    **ESKANOS**
First Name     Middle Name     Last Name

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☐ I have not used any business names or EINs.

Mortgage Error Recovery Services LLC
Business name

_____
Business name

8 3 _ - 3 8 6 0 9 4
EIN

___ - ___ ___ ___ ___ ___
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

_____ .
Business name

_____
Business name

___ - ___ ___ ___ ___ ___
EIN

___ - ___ ___ ___ ___ ___
EIN

**5. Where you live**

3122 Pine Tree Drive
Number    Street

_____

Miami Beach     FL    33140
City     State    ZIP Code

MIAMI DADE COUNTY
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City     State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____
City     State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City     State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Debtor 1  <u>BARRY   B   ESKANOS</u>
    First Name   Middle Name   Last Name

Case number *(if known)*_____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.  District  <u>SOUTHERN</u>  When <u>02/24/2020</u>  Case number <u>1:2020bk12393</u>
                                      MM / DD / YYYY

       District  _____  When _____  Case number _____
                                        MM / DD / YYYY

       District  _____  When _____  Case number _____
                                        MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.  Debtor _____  Relationship to you _____
       District _____  When _____  Case number, if known_____
                                    MM / DD / YYYY

       Debtor _____  Relationship to you _____
       District _____  When _____  Case number, if known_____
                                    MM / DD / YYYY

---

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Official Form 101         **Voluntary Petition for Individuals Filing for Bankruptcy**         page 3

Debtor 1    BARRY   B   ESKANOS         Case number *(if known)* _____
      First Name      Middle Name      Last Name

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

BARRY B. ESKANOS
_____
Name of business, if any

1430 S. DIXIE HWY
_____
Number     Street

SUITE 105
_____

CORAL GABLES          FL     33146
_____
City            State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1    BARRY    B    ESKANOS _____        Case number (if known)_____
            First Name    Middle Name    Last Name

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

   *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

   ☑ No

   ☐ Yes.   What is the hazard?    _____

   _____

   If immediate attention is needed, why is it needed?  _____

   _____

   Where is the property?   _____
                            Number        Street

   _____

   _____
   City                                    State    ZIP Code

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 5

| Debtor 1 | BARRY    B    ESKANOS | Case number (if known)_____ |
|---|---|---|
| | First Name    Middle Name    Last Name | |

---

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

---

**16. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1 _____BARRY___B___ESKANOS_____    Case number (*if known*)_____
              First Name    Middle Name    Last Name

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.
DISPUTED TAX DEBT FROM IRS & CA FRANCHISE TAX

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____          ✗ _____
   Signature of Debtor 1                        Signature of Debtor 2

   Executed on  12/10/2020                       Executed on _____
                MM  /  DD  / YYYY                             MM  /  DD  / YYYY

---

Debtor 1    BARRY   B   ESKANOS _____        Case number (*if known*) _____
         First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____        Date _____
  Signature of Attorney for Debtor                       MM    /    DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City                                            State        ZIP Code

Contact phone _____        Email address _____

_____
Bar number                                      State

Official Form 101           **Voluntary Petition for Individuals Filing for Bankruptcy**           page 8

Debtor 1   BARRY   B   ESKANOS
            First Name    Middle Name    Last Name

Case number (if known) _____

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✘ _____        ✘ _____
  Signature of Debtor 1                                Signature of Debtor 2

Date    12/10/2020                                   Date    _____
        MM / DD   / YYYY                                      MM /   DD  / YYYY

Contact phone  (305) 613-6894                        Contact phone  _____

Cell phone     (305) 613-6894                        Cell phone     _____

Email address  bbeskanos@gmail.com                   Email address  _____

---

---

**Fill in this information to identify the case:**

Debtor name  BARRY B. ESKANOS

United States Bankruptcy Court for the: SOUTHERN _____ District of  FLORIDA
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

---

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0 _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. bofl | checking | 4   5   6   8 | $ 0 _____ |
   | 3.2. | | ___ ___ ___ ___ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. _____ | $ _____ |
   |---|---|
   | 4.2. _____ | $ _____ |

5. **Total of Part 1**    $ 0 _____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

**Part 2:**  **Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. FLORIDA POWER AND LIGHT | $ 1258.00 _____ |
   |---|---|
   | 7.2. | $ _____ |

---

| Debtor | BARRY B. ESKANOS | Case number *(if known)* |
|--------|------------------|--------------------------|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. N/A _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 1258.00

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|--|--|----------------------------------------|

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➜   $ 0
         face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➜   $ 0
         face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 0

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|--|---------------------------------------------|----------------------------------------|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. N/A _____   _____   $ 0

14.2. _____   _____   $

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1. N/A _____   _____%   _____   $ 0

15.2. _____   _____%   _____   $

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. N/A _____   _____   $ 0

16.2. _____   _____   $

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0

---

Debtor    **BARRY B. ESKANOS**
Name _____

Case number *(if known)*_____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.** Work in progress | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.** Finished goods, including goods held for resale | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22.** Other inventory or supplies | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| **29.** Farm animals *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _____  Case number *(if known)* _____
     Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>DESK, CHAIR | $ 25 | 25 | $ 25 |
| 40. **Office fixtures**<br>LIGHTS PHOTOGRAPHS | $ 10 | 10 | $ 10 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>COMPUTER PRINTER MONITORS ETC | $ 1500 | 500 | $ 500 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 NONE | $ | | $ 0 |
| 42.2 _____ | $ | | $ |
| 42.3 _____ | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 535

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | BARRY B. ESKANOS | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Lincoln Navigator | $ 8950 | car gurus | $ 8950 |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 8950

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    BARRY B ESKANOS, JD MPA
_____
Name

Case number *(if known)*_____

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 3122 PINE TREE DRIVE, MB FL 33140 | T BY E | $2,650,000.00 | ZILLOW | $ 2.0 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 2,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☑ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>NA | $ | | $ |
| 61. **Internet domain names and websites**<br>AMERICAPARKCITYCENTER.COM | $ UNKNOWN | | $ 0 |
| 62. **Licenses, franchises, and royalties**<br>NONE | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations**<br>NONE | $ | | $ |
| 64. **Other intangibles, or intellectual property**<br>NONE | $ | | $ |
| 65. **Goodwill**<br>NONE | $ | | $ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 0

Debtor    BARRY B. ESKANOS, JD MPA _____    Case number *(if known)*_____
           Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____    _____ — _____ = → $_____
                              Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
federal tax return _____    Tax year 1999    $ 1445.00
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
annuity 216.67 _____    $ 216.67

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Eskanos v 21st, wamu, jpmc, fdic _____    $ 10500000

Nature of claim    damages dec relief _____

Amount requested    $ 1.5 _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
mesh claim _____    $_____

Nature of claim    personal injury mesh claim _____

Amount requested    $ unknown _____

76. **Trusts, equitable or future interests in property**
none _____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
none _____    $_____
_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $ 10,501,661.67

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  **BARRY B. ESKANOS**
Name

Case number *(if known)*_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 535 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 8950 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................. ➔ | | $ 2000000 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 10,501,661.67 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 10,501,661.67 | + 91b. $ 2000000 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... | | $ 12501661.67 |

Fill in this information to identify your case:

| Debtor 1 | BARRY | B | ESKANOS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Florida

Case number
(If known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _____       ✗ _____
Signature of Debtor 1                                  Signature of Debtor 2

Date 12/10/2020                                           Date _____
MM / DD / YYYY                                           MM / DD / YYYY

Official Form 106Dec                    **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

Debtor 1    BARRY    B.    ESKANOS
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Southern__ District of __Florida__

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

**1**

Beverly Gilley
Creditor's Name
1430 S. Dixie Hwy
Number   Street
ste 105

Coral Gables, FL    33146-3108
City   State   ZIP Code

Beverly Gilley
Contact

_____
Contact phone

**What is the nature of the claim?** car loan

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured):   $ 10,000
       Value of security:   − $ 8960
       Unsecured claim   $ 1140

**Unsecured claim**
$   10,000 est.

**2**

NO OTHER CREDITORS

Creditor's Name

_____
Number   Street

_____
City   State   ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:   − $ _____
       Unsecured claim   $ _____

$ _____

Debtor 1 _____ _____ _____          Case number (if known)_____
          First Name        Middle Name        Last Name

|  | | Unsecured claim |
|--|--|----------------|

**3** _____
Creditor's Name

| Number | Street |
|--------|--------|

_____

| City | State | ZIP Code |
|------|-------|----------|

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:              −    $_____
       Unsecured claim                      $_____

**4** _____
Creditor's Name

| Number | Street |
|--------|--------|

_____

| City | State | ZIP Code |
|------|-------|----------|

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:              −    $_____
       Unsecured claim                      $_____

**5** _____
Creditor's Name

| Number | Street |
|--------|--------|

_____

| City | State | ZIP Code |
|------|-------|----------|

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:              −    $_____
       Unsecured claim                      $_____

**6** _____
Creditor's Name

| Number | Street |
|--------|--------|

_____

| City | State | ZIP Code |
|------|-------|----------|

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:              −    $_____
       Unsecured claim                      $_____

**7** _____
Creditor's Name

| Number | Street |
|--------|--------|

_____

| City | State | ZIP Code |
|------|-------|----------|

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:              −    $_____
       Unsecured claim                      $_____

Debtor 1 _____    Case number (if known)_____
         First Name    Middle Name    Last Name

                                                                            **Unsecured claim**

| 8 | | |
|---|---|---|
| Creditor's Name _____ | **What is the nature of the claim?** _____ | $_____ |
| | **As of the date you file, the claim is:** Check all that apply. | |
| Number    Street _____ | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| | ☐ Disputed | |
| City    State    ZIP Code | ☐ None of the above apply | |
| _____ | **Does the creditor have a lien on your property?** | |
| Contact _____ | ☐ No | |
| | ☐ Yes. Total claim (secured and unsecured)    $_____ | |
| Contact phone _____ | Value of security:    –  $_____ | |
| | Unsecured claim    $_____ | |

| 9 | | |
|---|---|---|
| Creditor's Name _____ | **What is the nature of the claim?** _____ | $_____ |
| | **As of the date you file, the claim is:** Check all that apply. | |
| Number    Street _____ | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| | ☐ Disputed | |
| City    State    ZIP Code | ☐ None of the above apply | |
| _____ | **Does the creditor have a lien on your property?** | |
| Contact _____ | ☐ No | |
| | ☐ Yes. Total claim (secured and unsecured)    $_____ | |
| Contact phone _____ | Value of security:    –  $_____ | |
| | Unsecured claim    $_____ | |

| 10 | | |
|----|---|---|
| Creditor's Name _____ | **What is the nature of the claim?** _____ | $_____ |
| | **As of the date you file, the claim is:** Check all that apply. | |
| Number    Street _____ | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| | ☐ Disputed | |
| City    State    ZIP Code | ☐ None of the above apply | |
| _____ | **Does the creditor have a lien on your property?** | |
| Contact _____ | ☐ No | |
| | ☐ Yes. Total claim (secured and unsecured)    $_____ | |
| Contact phone _____ | Value of security:    –  $_____ | |
| | Unsecured claim    $_____ | |

| 11 | | |
|----|---|---|
| Creditor's Name _____ | **What is the nature of the claim?** _____ | $_____ |
| | **As of the date you file, the claim is:** Check all that apply. | |
| Number    Street _____ | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| | ☐ Disputed | |
| City    State    ZIP Code | ☐ None of the above apply | |
| _____ | **Does the creditor have a lien on your property?** | |
| Contact _____ | ☐ No | |
| | ☐ Yes. Total claim (secured and unsecured)    $_____ | |
| Contact phone _____ | Value of security:    –  $_____ | |
| | Unsecured claim    $_____ | |

| 12 | | |
|----|---|---|
| Creditor's Name _____ | **What is the nature of the claim?** _____ | $_____ |
| | **As of the date you file, the claim is:** Check all that apply. | |
| Number    Street _____ | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| | ☐ Disputed | |
| City    State    ZIP Code | ☐ None of the above apply | |
| _____ | **Does the creditor have a lien on your property?** | |
| Contact _____ | ☐ No | |
| | ☐ Yes. Total claim (secured and unsecured)    $_____ | |
| Contact phone _____ | Value of security:    –  $_____ | |
| | Unsecured claim    $_____ | |

Debtor 1 _____   Case number (if known)_____
         First Name      Middle Name      Last Name

|  | | Unsecured claim |
|---|---|---|

**13**

Creditor's Name _____

Number _____ Street _____
_____
_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   – $_____
       Unsecured claim   $_____

**14**

Creditor's Name _____

Number _____ Street _____
_____
_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   – $_____
       Unsecured claim   $_____

**15**

Creditor's Name _____

Number _____ Street _____
_____
_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   – $_____
       Unsecured claim   $_____

**16**

Creditor's Name _____

Number _____ Street _____
_____
_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   – $_____
       Unsecured claim   $_____

**17**

Creditor's Name _____

Number _____ Street _____
_____
_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   – $_____
       Unsecured claim   $_____

Debtor 1 _____
First Name        Middle Name        Last Name

Case number (if known)_____

|  | | Unsecured claim |
|---|---|---|

**18**

Creditor's Name _____

Number        Street

_____

City        State        ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**19**

Creditor's Name _____

Number        Street

_____

City        State        ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**20**

Creditor's Name _____

Number        Street

_____

City        State        ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

| Part 2: | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _____        ✗ _____
Signature of Debtor 1        Signature of Debtor 2

Date  12 / 11 / 20 20        Date ___ / ___ / ___
     MM /  DD  /  YYYY        MM /  DD  /  YYYY

Official Form 104        **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 5

ATTORNEY GENERAL
99 NE 4TH ST
MIAMI, FL 33132-2131

CALIFORNIA FRANCHISE TAX BOARD
9646 Butterfield Way,
Sacramento, CA 95827

CHRISTIANA BANK AND TRUST COMPANY AS TRUSTEE OF THE KNOXVILLE
2012 TRUST
C/O WILMINGTON SAVINGS FUND SOCIETY, FSB
500 DELAWARE AVENUE
11TH FLOOR
WILMINGTON DE 19801

ESKANOS ENTERPRISES
C/O Danny E. Eskanos, Esq.
2911 State Road 590, Suite 26
Clearwater, FL 33759
Phone: 719-650-3032
Fax: 727-796-1533
email: deskanos@tampabay.rr.com
Florida Bar: 0239940
Colo. Bar: 31183

FDIC
1601 BRYAN ST
SUITE 1410
Dallas, TX 75201-3479

INTERNAL REVENUE SERVICE
PO BOX 1300
CHARLOTTE NC 28201-1300

US Attorney General
950 Pennsylvania Ave NW Ste 7141,
Washington, DC 20530